UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 13 2018

JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAZARO SUAREZ, and on behalf of the STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ABBVIE, INC. and ABBOTT LABORATORIES, <br><br> Defendants. | No. 15 C 8928 <br><br> Acting Chief Judge ~~Castillo~~ Kendall <br><br> **Filed *In Camera* and Under Seal** |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the court of its decision not to intervene in this action.

Although the United States declines to intervene, we refer the court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the court be sent to the government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and

to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

The named State plaintiffs concur with the United States' decision not to intervene in this action, subject to the following caveats by the State of California[1] and the State of Maryland.[2]

Finally, the government requests that the relator's complaint and amended complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' (or named state plaintiffs') investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

---

[1] This declination, authorized by the Bureau of Medi-Cal Fraud and Elder Abuse on behalf of the State of California, is expressly limited to the State False Claims Act, Cal. Gov't Code, section 12650, et seq., and specifically all allegations of fraud against the State of California's Medi-Cal program. This declination expressly does not apply to claims under the California Insurance Code section 1871.7, and California Penal Code sections 549, 550, and 551, which are being prosecuted in this action by the California Department of Insurance and County District Attorneys. By filing this declination, the Bureau of Medi-Cal Fraud and Elder Abuse does not intend to effect, modify, extinguish, impair or otherwise decline any and all pending claims and causes of action in this action arising out of the California Insurance Code section 1871.7, and California Penal Code sections Section 549, 550, and 551.

[2] The Maryland False Health Claims Act provides that "[i]f the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604 (a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

A proposed order accompanies this notice.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, Jr.
United States Attorney

By: *Linda Wawzenski*
LINDA WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1994
lwawzenski@usa.doj.gov

MICHAEL D. GRANSTON
CHRISTOPHER G. WILSON
Attorneys, Civil Division
U.S. Department of Justice, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington D.C. 20044
Telephone: (614) 255-1630

Dated: March 13 2018