IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, *ex rel.*, ) <br> Lazaro Suarez, and on the behalf of the ) <br> State of California, et al., ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Abbvie, Inc.,, *et al.* ) <br> Defendants ) | Case No: 15 C 8928 <br><br> Judge: Ruben Castillo |

## ORDER

The United States of America and the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin, and the District of Columbia have declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B) and the States respective false claim acts. Therefore, the Clerk of Court is directed to unseal the complaint, the amended complaint, this Order, the attached Order signed by Judge Kendall on March 13, 2018, and the United States' Notice of Election to Decline Intervention. All other contents in the Court's file will remain under seal until further court order. The seal is also lifted as to all other matters occurring in this action after the date of this Order. The Clerk of Court is directed to statistically terminate this action and re-open at such time as it has been reassigned to another district judge. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen. §2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

Date:   March 14, 2018                                              /s/ Chief Judge Ruben Castillo