IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAZARO SUAREZ, and on behalf of the STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiff-Relator, <br><br> v. <br><br> ABBVIE, INC. and ABBOTT LABORATORIES, <br><br> Defendants. | Case No. 1:15-cv-08928 <br><br> Hon. Judge Rebecca R. Pallmeyer |

### JOINT MOTION FOR EXTENSION AND TO CONTINUE INITIAL STATUS HEARING

Plaintiff-Relator Lazaro Suarez and Defendants AbbVie and Abbott Laboratories file this joint request respectfully seeking to modify certain upcoming deadlines in the above-captioned matter. In support, the parties state as follows:

1. Plaintiff served Defendants AbbVie and Abbott with the First Amended Complaint on June 13, 2018.

2. Defendants' responsive pleading to the First Amended Complaint is currently due July 5, 2018. Defendants sought a meet and confer to extend their response date, and during the telephonic meet and confer Plaintiff indicated an intention to file a Second Amended Complaint.

3. After further meeting and conferring by telephone, the parties have agreed that Plaintiff will seek to file his Second Amended Complaint no later than August 17, 2018.

4. At this time, having not yet received Plaintiff's proposed amendment, Defendants neither consent nor object to the filing of a further amended complaint and instead

expressly reserve the right to oppose Plaintiff's request for leave to file his Second Amended Complaint upon reviewing it. Defendants will review the proposed amendment before August 17, 2018 and inform Plaintiff whether Defendants consent to its filing.

5. Given that Plaintiff intends to amend his complaint, and due to other pre-scheduled commitments by counsel for AbbVie and Abbott that prompted their initial request for an extension of dates, the parties further agree that Defendants' responsive pleading deadline of July 5, 2018 should be extended. The parties agree that Defendants' responsive pleading will be due 60 days after either (1) the Second Amended Complaint becomes the operative complaint or (2) the Court denies leave to file the Second Amended Complaint

6. For all of these reasons, good cause exists to extend Defendants' responsive pleading deadline. Fed. R. Civ. P. 6(b)(1).

7. Furthermore, the parties also respectfully request that the Court continue the initial status hearing currently set for July 10, 2018 at 9 a.m. until a future date the Court deems appropriate. (*See* Dkt. 33.)

\*                    \*                    \*

Based on the foregoing, the parties respectfully request that the Court enter an order that (1) permits Plaintiff to file (if unopposed) or seek to file (if opposed) a Second Amended Complaint by August 17, 2018, without prejudice to Defendants' ability to oppose that request; (2) extends Defendants' responsive pleading deadline for good cause shown to 60 days after the Second Amended Complaint becomes the operative complaint or the Court denies leave to file

the amendment; and (3) continues the currently scheduled July 10, 2018 initial status conference to a date to be set by the Court at a later date.

| | |
|---|---|
| Dated:  June 29, 2018 | Respectfully submitted, |
| /s/ Shannon M. McNulty | /s/ Diana M. Watral |
| Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 North LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br>Telephone:  (312) 899-9090 | Andrew A. Kassof, P.C.<br>Elizabeth Hess, P.C.<br>Diana M. Watral<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>diana.watral@kirkland.com<br>Telephone:  312-862-2000<br>Facsimile:  312-862-2200 |
| Jason L. Lichtman (State Bar No. 6290052)<br>Rachel Geman (*pro hac vice* to be filed)<br>Katherine I. McBride (*pro hac vice* to be filed)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff-Relator* | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Diana M. Watral*
Diana M. Watral