IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* LAZARO SUAREZ, and on behalf of the STATE of CALIFORNIA, *et al.*, | ) ) ) ) |
| Plaintiff-Relator, | ) ) Case No. 1:15-cv-08928 |
| v. | ) ) Hon. Judge Rebecca R. Pallmeyer |
| ABBVIE, INC., | ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Plaintiff-Relator Lazaro Suarez and Defendant AbbVie Inc. respectfully submit this status report in response to the Third Amended General Order 20-0012, dated April 24, 2020. Dkt. 94.

1. On November 26, 2019, Plaintiff-Relator filed his Second Amended Complaint. Dkt. 78.

2. On January 27, 2020, Defendant moved to dismiss the Second Amended Complaint. Dkts. 86-87.

3. Plaintiff-Relator filed his response on March 11, 2020. Dkt. 91. On the same date, the United States and the State of California filed Statements of Interest. Dkts. 88, 90.

4. Defendant's reply was originally due on April 13, 2020. Dkt. 84. This Court's recent orders in light of the COVID-19 public emergency have collectively extended the deadline by 77 days, to June 29, 2020. Dkts. 92-94.

5. The Parties have agreed that Defendant will file its reply in support of its motion to dismiss by June 1, 2020.

6. The Parties do not believe that settlement efforts are appropriate at this time, that a discovery schedule needs to be set for the next 45 days, or that a telephonic hearing with the Court is necessary and time urgent.

Dated: May 18, 2020

*/s/ Rachel Geman*
Rachel Geman (pro hac vice)
rgeman@lchb.com
Jason L. Lichtman (SBN 6290052)
jlichtman@lchb.com
Katherine I. McBride
(pro hac vice to be filed)
kmcbride@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212-355-9500
Facsimile: 212-355-9592

Robert J. Nelson (pro hac vice to be filed)
rnelson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Robert A. Clifford
RAC@cliffordlaw.com
Shannon M. McNulty
SMM@cliffordlaw.com
Clifford Law Offices, PC
120 N. LaSalle, 31st Floor
Chicago, IL 60602
Telephone: 312-899-9090
Facsimilie: 312-251-1160

*Attorneys for Plaintiff-Relator*

Respectfully submitted,

*/s/ Brenton A. Rogers*
Andrew A. Kassof, P.C.
Elizabeth S. Hess, P.C.
Brenton A. Rogers, P.C.
Britt Cramer
KIRKLAND & ELLIS LLP
300 North
LaSalle
Chicago, IL 60654
akassof@kirkland.com
ehess@kirkland.com
brogers@kirkland.com
britt.cramer@kirkland.com
Telephone: 312-862-2000
Facsimile: 312-862-2200

*Attorneys for Defendant AbbVie Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system which will send notification of such filing to all counsel of record.

*/s/ Brenton A. Rogers*
Brenton A. Rogers
