UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* LAZARO SUAREZ,<br><br>*Plaintiffs/Relator,*<br><br>v.<br><br>ABBVIE INC., *et al.*,<br><br>*Defendants.* | Case No. 1:15-cv-08928<br><br>Honorable Rebecca Pallmeyer |

## SETTLEMENT AGREEMENT

### Parties

This Agreement is entered by and between the United States of America, acting through the United States Department of Justice, and Lazaro Suarez ("the Relator") (hereafter collectively referred to as "the Parties"). As a preamble to this Agreement, the United States and the Relator state:

### Preamble

WHEREAS, a complaint has been filed by the Relator, on behalf of the United States, in the U.S. District Court for the Northern District of Illinois pursuant to 31 U.S.C. § 3730, *United States ex rel. Lazaro Suarez, et al. v. AbbVie, Inc.*, No. 15-cv-8928 ("the Complaint");

WHEREAS, the United States declined to intervene in the action;

WHEREAS, Relator and the defendant named in the Complaint, AbbVie Inc. entered into a Settlement Agreement in or about February 20, 2023, ("AbbVie Settlement Agreement") resolving, among other matters, the allegations in the Complaint;

1

WHEREAS, under the terms of the AbbVie Settlement Agreement, AbbVie has agreed to pay the United States $2,700,000.00;

WHEREAS, the United States and the Relator mutually desire to make a full, complete, and final settlement of Relator's share of the AbbVie Settlement proceeds pursuant to 31 U.S.C. § 3730(d)(1).

ACCORDINGLY, in reliance upon the representations contained herein and in consideration of the mutual promises, covenants and obligations in this Agreement and the resolution of the claims set forth below, and for good and valuable consideration, receipt of which is by each acknowledged, the United States and the Relator agree as follows:

### Terms and Conditions

1. The United States agrees that Relator shall be awarded $756,000.00 of the $2,700,000.00 settlement amount. The United States will make this payment within a reasonable time after the United States' receipt of the $2,700,000.00 from AbbVie. The obligation to make this payment to the Relator is expressly conditioned on the receipt by the United States of the payment by AbbVie under the AbbVie Settlement Agreement. Should AbbVie fail to make any payment required by that Agreement, the United States shall have no obligation to make a payment to the Relator.

2. Relator agrees that this settlement is fair, adequate, and reasonable under all circumstances, and will not challenge the Settlement Agreement pursuant to 31 U.S.C. § 3730(c)(2)(B), and expressly waives the opportunity for a hearing on any such objection, pursuant to 31 U.S.C. § 3730(c)(2)(B).

3. Conditioned upon Relator's receipt of the payment described in Paragraph 1, Relator and his heirs, successors, attorneys, agents, and assigns fully and finally release, waive, and forever discharge the United States, its agencies, officers, agents, employees, and servants, from any claims arising from the filing of the Civil Action or under 31 U.S.C. § 3730, and from any claims to a share of the proceeds of this Agreement and/or the Civil Action.

4. This Agreement does not address any claims Relator may have against AbbVie under 31 U.S.C. § 3730(d)(2), including any claims Relator may have against AbbVie regarding attorneys' fees.

5. The United States and the Relator agree that, if the Settlement Agreement between Relator and AbbVie is held by a court not to be "fair, adequate, and reasonable," as required under 31 U.S.C. § 3730(c)(2)(B), or if the Complaint is not dismissed with prejudice as to Relator, this Settlement Agreement is null and void.

6. This Agreement is binding on Relator's successors, transferees and assigns.

7. The undersigned counsel represent and warrant that they are fully authorized to execute this Agreement on behalf of the persons and entities indicated below.

8. This Agreement is governed by the laws of the United States. The exclusive jurisdiction and venue for any dispute relating to this Agreement is the United States District Court for the Northern District of Illinois. For purposes of construing this Agreement, this Agreement shall be deemed to have been drafted by all Parties to this Agreement and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

9. This Agreement constitutes the complete agreement between the Parties. This Agreement may not be amended except by written consent of the Parties.

10. This Agreement may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same agreement.

11. This Agreement is effective on the date of signature of the last signatory to the Agreement.

12. All Parties consent to the United States' disclosure of this Agreement, and information about this Agreement, to the public.

In Witness Whereof, the Parties, through their duly authorized representatives, hereunder set their hands.

## ON BEHALF OF THE UNITED STATES OF AMERICA

Dated: 3/21/23

CHRISTOPHER G. WILSON
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

Dated: _____

LINDA WAWZENSKI
Digitally signed by LINDA WAWZENSKI
Date: 2023.03.20 12:34:11 -05'00'

LINDA A. WAWZENSKI
Assistant U.S. Attorney
United States Attorney's Office for the
Northern District of Illinois

## ON BEHALF OF THE RELATOR

Dated: 02/21/2023

LAZARO SUAREZ
Relator

Dated: 02/21/2023

RACHEL GEMAN
Lieff Cabraser Heimann & Bernstein LLP
Counsel for Relator Lazaro Suarez

5